IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR302-CSC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| POK SON OGLES | ) | INFORMATION |

The United States Attorney charges that:

On or about the 13th of October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, POK SON OGLES did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: Estee Lauder cream in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*Nathan Golden*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

(Received stamp: 2006 DEC 28 A 11:06, DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA)

STATE OF ALABAMA )   AFFIDAVIT
)
DALE COUNTY )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 3:30 P.M., October 13th, 2006, Linda Scott, a PX employee, observed a woman remove a container of makeup from its box and place it in a box marked with a lesser value. The woman then rendered payment of the lesser amount and exited the PX. The woman, identified as POK SON OGLES, was detained. She was transported to the military police station for further processing. The items were later returned to the PX.

CHARLES BATEMAN, Military Police Officer, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __13__ day of __Dec.__ 2006.

NOTARY PUBLIC

My commission expires: 23 DEC 2006