# COURTROOM DEPUTY MINUTES   DATE: MARCH 6, 2007   Time: 10:04 - 10:06
                                                            10:39 - 10:41
MIDDLE DISTRICT OF ALABAMA
                          TAPE NO:   3053 @ 5   to   107 ; 109 - 169

- √ **INITIAL APPEARANCE**
- ❑ BOND HEARING
- ❑ DETENTION HEARING
- ❑ REMOVAL HEARING (R.40)
- √ **ARRAIGNMENT**
- ❑ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: *CHARLES S. COODY*     DEPUTY CLERK: *WANDA STINSON*

CASE NO. *1:06-CR-302-CSC*                    NAME: *POK SON OGLES*

AUSA: *CAPT. NATHAN T. GOLDEN*                DEFT. ATTY: *DONNIE BETHEL*
                                              Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
USPO: _____

Defendant __√__ does ___ does NOT need an interpreter.  Interpreter NAME:_____

---

- ❑ Kars.       Date of Arrest _____ or ❑karsr40
- √ Kia.        Deft. First Appearance. Advised of rights/charges.  ❑Pro/Sup Rel Violator
- √ Kcnsl.      Deft. First Appearance with Counsel
- ❑            Deft. First Appearance without Counsel
- ❑            Requests appointed Counsel  √ **ORAL MOTION**
- √ Finaff.    Financial Affidavit executed ❑ to be obtained by PTSO
- √ Koappted   **ORDER** appointing Community Defender Organization
- ❑ K20appt.   Panel Attorney Appointed; ❑ to be appointed - prepare voucher
- ❑            Deft. Advises he will retain counsel. Has retained _____
- ❑karr.       **ARRAIGNMENT** ❑ **HELD**. Plea of **NOT GUILTY** entered.
               ❑ Jury Trial Set for _____ ❑ **PRETRIAL CONF. DATE:** _____
               ❑ **DISCOVERY DISCLOSURES DATE:** _____
               ❑ Request Non-Jury Trial set for _____.
               ❑ **GUILTY PLEA** entered.
- ❑ **CONSENT** to Proceed before U.S. Magistrate Judge
- ❑ krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel.

Deft's husband appeared with deft to translate proceedings to her;
Court advised counsel of the need for a certified interpreter in order to continue with proceeding;
Appoint counsel to file a motion to continues proceedings to next term to allow counsel time enroll deft in the pretrial diversion program;
Court will follow-up with written a order.