IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 1:06CR302-CSC |
| | ) | |
| POK SON OGLES | ) | |

## **ORDER**

For good cause, it is

**ORDERED** that the Arraignment previously set in above- case for March 6, 2007 be and is hereby RESET for May 8, 2007 at 10:00 a.m., before the undersigned Magistrate Judge, at the Soldiers Service Center, Building 5700, in Room 342, Ft. Rucker, Alabama.

Done this 12th day of March, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE