**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CR. NO. 1:06-CR-00302-CSC** |
| | ) | |
| **POK SON OGLES** | ) | |

**MOTION FOR LEAVE TO DISMISS INFORMATION**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Information heretofore filed in the above-styled cause to Pok Son Ogles on the following grounds, to wit:  In the interest of justice.

Respectfully submitted this the 15th day of March, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Street, Suite 201
Montgomery, Alabama 36104
Phone:  (334) 223-7280
FAX:  (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 1:06-CR-00302-CSC |
| | ) | |
| POK SON OGLES | ) | |

### O R D E R

Upon consideration of the Motion for Leave to Dismiss the Information heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE